Case 7:22-cv-00003   Document 51   Filed on 01/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LINDA VILLARREAL, Individually and as Surviving Parent of A.L.V., Deceased, and RAMON MOYA Individually and as Surviving Parent of A.L.V., Deceased,<br><br>Plaintiffs,<br><br>VS.<br><br>HIDALGO COUNTY,<br><br>Defendant. | CIVIL ACTION NO. 7:22-cv-00003 |

## FINAL JUDGMENT

This Court's January 30, 2024 order dismissed all of Plaintiffs Linda Villarreal and Ramon Moya's claims with prejudice.[1] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. The Court holds that Plaintiffs take nothing by this suit. The Court assesses $1618.00 as costs taxable against Plaintiff Ramon Moya. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 30th day of January 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 50.